AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

United States of America
v.

JAMIE ESPOSITO

*Defendant(s)*

Case No. 6:16-mj-1653

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of December 2015 and continuing to November 29, 2016 in the county of Orange in the Middle District of Florida, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 2251(a) and 2252A(a)(2) | Production and Distribution of Child Pornography. |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

*Complainant's signature*

Joseph R. Grey, Special Agent

*Printed name and title*

Sworn to before me and signed in my presence.

Date: 11/30/16

*Judge's signature*

City and state: Orlando, Florida

Gregory J. Kelly, United States Magistrate Judge

*Printed name and title*

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

**STATE OF FLORIDA** **CASE NO. 6:16-mj- 1653**

**COUNTY OF ORANGE**

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, Joseph R. Grey, after being duly sworn, depose and state:

1. I am a Special Agent (SA) with the United States Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI) formerly called the United States Customs Service, and have been so employed since October 2007. I am currently assigned to the Office of the Assistant Special Agent in Charge, Orlando, Florida, which is responsible for conducting criminal investigations and enforcing laws that are under the investigative jurisdiction of the ICE-HSI in the counties of Orange, Lake, Marion, Osceola and Seminole in the Middle District of Florida. I am a law enforcement officer of the United States within the meaning of 19 U.S.C. § 1401(i), and am empowered to investigate and make arrests for violations of United States criminal laws within the meaning of 18 U.S.C. § 2510(7).

2. Prior to becoming a Special Agent with ICE-HSI, I was employed as a Trial Attorney for the ICE Office of the Principal Legal Advisor. I am a graduate of the Federal Law Enforcement Training Center and hold both a Bachelor degree in Criminology and a Juris Doctorate from the University of Florida.

3. As a Special Agent, my responsibilities include investigating possible criminal violations of U.S. Customs and related laws. I have received specialized training in the investigations of sex crimes, child exploitation, child pornography,

and computer crimes.  I have been involved in investigations of child pornography and online solicitation/enticement of a minor.  I have participated in investigations of persons suspected of violating federal child pornography laws, including 18 U.S.C. §§ 2251, 2252 and 2252A.  I have also participated in training courses for the investigation and enforcement of federal child pornography laws in which computers are used as the means for receiving, transmitting, and storing child pornography. Additionally, I have been involved in authoring and participated in the execution of search warrants involving searches and seizures of computers, computer equipment, software, and electronically stored information.

4.      This affidavit is submitted in support of a criminal complaint against Jamie ESPOSITO.  As set forth in more detail below, I believe there is probable cause that ESPOSITO has engaged in producing sexually explicit images of a minor and distributing child pornography in interstate commerce, in violation of 18 U.S.C. §§ 2251(a) and 2252A(a)(2).

5.      I make this affidavit from personal knowledge based on my participation in this investigation, information from other criminal investigators, information from law enforcement officers, information from agency reports, and the review of documents provided to me by these witnesses and law enforcement officers.  Because this affidavit is being submitted for the limited purpose of seeking a criminal complaint, I have not set forth each and every fact learned during the course of this investigation.

## STATUTORY AUTHORITY

6. 18 U.S.C. § 2251(a) prohibits anyone from employing, using, persuading, inducing, enticing or coercing a minor victim to take part in sexually explicit conduct for the purpose of producing a visual depiction of such conduct. 18 U.S.C. § 2252A prohibits a person from knowingly transporting, shipping, receiving, distributing, reproducing for distribution, or possessing any child pornography, as defined in 18 U.S.C. § 2256(8), using any means or facility of interstate commerce, or in or affecting interstate commerce.

## DETAILS OF THE INVESTIGATION

7. In January 2015, during the course of a child exploitation investigation at HSI San Francisco, HSI SA Brian Ginn conducted an interview of a cooperating defendant (hereinafter "the CD"). The CD related that he had used Yahoo Messenger, Yahoo email, motherless.com, and other websites and chat-rooms to trade child pornography. During the interview, the CD specifically identified an individual with whom he had communicated online regarding child exploitative material. The CD referred to this individual by the individual's screen name of "papertiger." The CD stated that papertiger claimed to be sexually active with a child who was five or six years old at the time. The CD stated that he believed that papertiger was married, lived in Florida, and provided a child's name with whom papertiger had claimed to be sexually active.[1] In addition, during the interview of the

[1] The CD provided a specific name; however, that name has been changed to

CD, SA Ginn reviewed the CD's friends list under the CD's Yahoo account and located an email of papertiger27@ymail.com. The CD confirmed that this email address also belonged to the same papertiger that he mentioned previously.

8. According to SA Ginn, the CD's cooperation has resulted in two federal indictments of separate individuals for child exploitation offenses to date including possession and production of child pornography. The CD later pleaded guilty to multiple federal child exploitation offenses and was sentenced to 87 months in prison.

**I. Emails Between the CD and papertiger927@gmail.com**

9. In March 2015, SA Ginn conducted a query of the CD's Yahoo Account based upon the consent provided by the CD. Following this review, SA Ginn located emails between the CD and someone using the initials "J.E." and the email papertiger927@gmail.com. SA Ginn was not able to access the attachments to these emails. The following emails between the CD and papertiger927@gmail.com, spanning from December 2012 to March 2014, were found:

**12/17/12**

- "J.E. (papertiger927@gmail.com)" sent the CD an email with the subject line: "wife". The email read: "Hey from yahoo."
- CD reply: "couple pics of my wife"

---

[Victim] to protect the minor's identity. Whenever [Victim] appears in this affidavit, it is replacing the same name, that is, the name given by papertiger as a minor with whom he was sexually active.

- papertiger927 reply: "Wow shes hot as hell...Love it. I had to run out a while back, im almost back home"

- papertiger927 reply: "Back now..here's some more of my girl"

**12/18/12**

- CD reply: "I absolutely love that pic of her on her back. She has a beautiful pussy."

**12/20/12**

- papertiger927 Reply: "Thanks.. She's great isnt she?"

**12/26/12**

- CD reply: "how was your christmas?"

**12/27/12**

- papertiger927 reply: "Hey it was great.. Got to spend plenty of time with the wife and daughter.  Bringing her back with me tonight, too. My dau I mean. How about you?"

- CD reply: "Mine was good. Had a 4 day weekend. Pretty much got flooded in at home but it was a good excuse not to leave. So do you and the wife live apart?"

- papertiger927 reply: "Heh cant argue with mother nature.. Sounds nice though. Yeah we have been separated for a while but get along great, not divorced or anything. Once I get a job out this way, we're going to move back in together (or thats the plan)."

- CD reply: "That's good. She looks worth keeping. So is it just you and [Victim] for the week?"
- papertiger927 reply: "Yup until Sunday, although I've got roommates"
- CD reply: "I see. Makes naked time a little harder"
- papertiger927 reply: "Mmm sadly.. Although we've had a little fun before, quietly lol"
- CD reply: "oh ya? Do tell"
- CD reply: "I love the skirt"
- papertiger927 reply: "Hehe I'll save the stories for yahoo.. Gmail isnt ideal for privacy. Thanks, she's got cute purple flower panties on too =)"
- CD reply: "Very fucking cute. Does she know you are getting pics?"
- papertiger927 reply: "Thanks =) Yeah she does, she knows the camera noise anyways but i told her i was taking them. She looked away toward the tv when i took the last one is all. Why, have a (PG) request? ;)"
- papertiger927 reply: "Ooh I want to show her the pictures you sent"
- CD reply: "From behind, bent over? :D"
- CD reply: "haha, you should"

- papertiger927 reply: "She thought the pics were pretty =P Anything you want to show her?"
- CD reply: "that is so hot. On her back legs spread? Showing her belly?"
- papertiger927 reply: "On her back legs..? How do you mean?"
- CD reply: "sorry, laying on her back with her legs spread. ;)"
- papertiger927 reply: "Ohh"
- CD reply: "She is fucking gorgeous. I love how her panties are loose in that pic. Wish I was there to see"
- papertiger927 reply: "Too bad you dont live closer =("
- CD Reply: "How about a pic without the skirt?"
- papertiger927 reply: "Sadly ive got to get going... Talk later though?"
- CD reply: "definintely. I'll be available to webcam later if you want. Just us or you can just watch me is cool."
- papertiger927 reply: "Cool alright.. Could be fun"
- CD reply: "and feel free to take some more pics for me. :)"

<u>12/28/12</u>

- CD reply: "You should take a video of [Victim] dancing like when we did the webcam in her skirt."

<u>12/30/13</u>

- 12/30/13 CD reply: "how was your christmas?"

**1/10/13**

- CD reply:" How are things?"

**1/28/13**

- CD reply: "What's new?"

**3/26/13**

- CD reply: "What's new?"

- **5/13/13**

- CD reply: "Anything new?"

**2/19/14**

- CD email to papertiger927@gmail.com: "Anything new on your end?"

**2/20/14**

- papertiger927 reply: "Everything's quiet on my end, just getting by. You doing ok?"

- CD reply: "Yep. Just been busy with work and trying to keep the wife happy"

- papertiger927 reply: "yeah i know how that is lol"

- CD reply: "How's that cute wife of yours?"

- papertiger927 reply: "hehe she's doing good.. got a new job with less stress so we are doing double the amount of fucking.. she even blows me more often... best change EVER lol"

**2/21/14**

- CD reply: "Very nice I'm lucky if mine will put out once a week. I usually just go online and jackoff"
- papertiger927 reply: "ah man I'm sorry.. I've been through that with her too though... sometimes it was more like once a month.. fucking women heh"
- CD reply: "I don't think I could handle only once a month. How's the lil one doing?
- papertiger927 reply: ****Agent's note: the email string contained in the CD's email account displayed no content for this reply message. Based on the CD's subsequent reply, it appears that papertiger927 sent a picture in this message or as an attachment.****
- CD reply: "Oh wow, gorgeous. You must be proud of her."
- papertiger927 reply: "I had forgotten about her little dance for you..lol i guess you didnt ;)"
- CD reply: "Nope... Think about her often. You're lucky to have her"
- papertiger927 reply: "Ah thanks.... yes very proud of her, and yeah I think I'm a lucky bastard with both of my girls.. although sometimes I'd happily trade them when they're both being psycho haha.. im glad you think about her alot, hopefully nice dreamy things"

- CD reply: "Yea women of any age can be a handful. I think about her quite often and now I have a picture to go with my fantasies."
- papertiger927 reply: ****Agent's note: the email string contained in the CD's email account displayed no content for this reply message. Based on the CD's subsequent reply, it appears that papertiger927 sent a picture in this message or as an attachment.****
- CD reply: "She wears the sexiest little dresses"
- papertiger927 reply:" I try"
- CD reply: "Do you ever catch guys looking at her?"
- papertiger927 reply: "I see guys lookin at her ALL the time... it depends on how I've dressed her up for the day you know? in a short skirt with no shorts nothing but panties on, with a tight strapped blouse that barely covers her nipples and shows her belly... you can see them sliding their cock into her mouth in their imaginations"

**2/22/14**

- CD reply:" I see girls like her all the time and think the exact samething. Makes me wonder how many dads dress them like that on purpose. Have you ever thought about taking her out in a skirt with no panties underneath? Just tell her they are all dirty."

- papertiger927 reply: "Ive done it once or twice.. she walked around all day at the science center about 3 weeks ago in nothing but a dress and shoes after she peed in her panties."
- CD reply: "Did anybody see her hairless slit? It's been a long time since mine was that age. Is it still puffy like a toddlers or is it starting to look more like a regular cunt?"
- papertiger927 reply: "she's had a perfect little pussy for a while now, it was never really puffy. maybe I'll show you some day haha. just like her mom's, nice little clit on top and smooth lips with no inner folds showing"
- CD reply: "I had a gf whose daughter had a miniature version of her moms pussy. It was so fucking hot. Have you ever tasted it?" papertiger927 reply: "ah i shouldn't say... but yes lol... did you ever taste hers?"
- CD reply: "Oh yes. I loved it. Started when she was real little during diaper changes"
- papertiger927 reply: "mmmmmm.. did you cumfeed her ever?"
- CD reply: "hell yes. they will suck on anything. you?"
- papertiger927 reply: "its why I want another one lmao.. yes.."
- CD reply: "I'm going to have to wait for grandkids. lol Do you still?"

- papertiger927 reply: "no haven't for a long time.. will you share your grandkids? Haha"
- CD reply: "Does [Victim] still get naked for you?"
- papertiger927 reply: "asking for it, wow... that got me hard.. she does on occasion but she's very strong willed... gotta trick her sometimes"
- CD reply: "Mom was working nights at the time so every evening after her bath we would "play" on our bed."
- papertiger927 reply: "Aw thats kinda sweet... and hot as hell... what would you do?"
- CD reply: "started out i would cover her face with her towel and lay her there naked. I'd rub lotion(and my cock) on her. Then i started jacking off on her. I'd put her in different positions."
- papertiger927 reply: "oh god thats hot... mmm... I'd only ever do that after she slept... id snuggle the tip of my cock against her inner pussy and shoot my cum up into her"
- CD reply: "I'd do that all the time but only with her face covered. One time I just covered her eyes and came in her mouth."
- papertiger927 reply: "oops time to head out... talk to you in a bit"

**<u>2/23/14</u>**

- CD reply: "around this morning?"

- papertiger927 reply: "I've usually got my phone, but can't talk this morning.. lots to do.. school open house later and mommy's in busy mode.. here's a pic taken just now for you though"

**2/24/14**

- CD reply: "I was just looking at this pic of [Victim] again and all I can think about is crawling between her legs, pulling her panties to the side and tasting her bald lil slit..."

**2/25/14**

- papertiger927 reply: "oh my......"
- CD reply: "Hopefully I didn't offend you"
- papertiger927 reply: "no... no you didn't.. it was exciting"

**2/26/14**

- CD reply: "What does she sleep in?"

**3/1/14**

- papertiger927 reply: "really just typical pj's.. bottoms, a top and panties... sometimes bottomless"

**3/2/14**

- CD reply:" I bet she looks cute asleep. Especially the nights shedoesn't wear panties..."
- papertiger927 reply: "I bet if you came over for a drink, that would be such an occasion ;)"

**<u>3/11/14</u>**

- CD reply: "How's that little girl of yours? I was just looking at herpictures this morning. ;)"

**<u>3/13/14</u>**

- papertiger927 reply: "All is well, been so busy.. We're all traveling together soon on Spring Break. She's a doll as ever :-P"
- papertiger927 reply: "How's that sexy wife of yours? We should all meet up on a nude beach haha... So what did you think about that morning?"
- CD reply: ****Agent's note: the email string contained in the CD's email account displayed no content for this reply message. Based on papertiger927's subsequent reply, it appears that CD sent a picture in this message or as an attachment.****

**<u>3/23/14</u>**

- papertiger927 reply: "Wow. What is happening in this pic..? She looks extremely fuckable, yum..."

**II. Undercover Emails with papertiger927@gmail.com**

10. After reviewing the content of the emails between the CD and papertiger927@gmail.com, SA Ginn communicated with papertiger927@gmail.com in an undercover (UC) capacity. On March 17, 2015, utilizing the CD's consensually

assumed Yahoo account, SA Ginn communicated with papertiger927@gmail.com as follows:

**3/17/15**

- SA Ginn UC wrote: "Hi haven't talked in so long. How's the family?"

- papertiger927 reply: "Hey doing good.. Just busy as usual. How about you and yours?"

- SA Ginn UC reply:" Everyone's good. Stepdaughter still wearing bikini cut ;) Have a neighbor girl next door who is 12, get to see her play in the yard. How's [Victim]?"

- papertiger927@gmail.com: *sent a response email attached to which were two (2) image files. The first image file depicted what appeared to be an approximately five to six-year-old girl with an adult woman. The girl and woman appeared to be sitting in a restaurant booth and the girl was kissing the woman on her cheek. The second image depicted what appears to be the same adult woman lying face down on a sofa. The woman was naked from the waist down. A clothed female child appeared to be standing or sitting by the woman's head, appearing to show the woman something in her hands, possibly a white dry erase board. Both the woman and girl were facing away from the camera.*

- SA Ginn UC reply: "THX"

**3/18/15**

- papertiger927 reply: "Love it, can't wait for mine to start filling out... Hooray for bikinis Is the neighbor girl cute? What else has been happening?"
- SA Ginn UC reply: "Just perving along :) Did some overseas travel for a while and loved it. The neighbor girl is a hot little blonde with little mounds and a cute bubble butt. How's your wife?"

**3/20/15**

- SA Ginn UC reply: "Hi hows it going? Any big plans for the weekend with the fam?"

## III. Information Obtained from Yahoo, Google, and AT&T

11. On March 27, 2015, SA Ginn served federal grand jury subpoenas and non-disclosure orders to Yahoo and Google for subscriber and IP access information for "papertiger27@ymail.com" and "papertiger927@gmail.com." On May 11, 2015, Yahoo provided a response showing that the account "papertiger27@ymail.com" had been created on December 10, 2011 and was currently active. An alternate communication of "dfaraday84@gmail.com" was listed in the subscriber information. The subscriber's name was listed only as, "P.T." The subscriber's country was listed as, "us" with a zip-code of 32962.

12. IP access logs provided by Yahoo showed that the account had been accessed in December 2014, January 2015, and March 2015. During these times, the

account had only been accessed via IP address 99.10.253.40. A Domain Name System (DNS) check on the IP address 99.10.253.40 through the American Registry for Internet Numbers (ARIN) showed that it belonged to AT&T U-verse and appeared to be geo-located in Orlando, Florida.

13. On May 12, 2015, SA Ginn served a federal grand jury subpoena to AT&T for IP subscriber information for IP address 99.10.253.40 on the dates and times that papertiger27@ymail.com account had been accessed via that IP. On May 13, 2015, AT&T provided a response to the subpoena showing that IP address 99.10.253.40 had been assigned since October 2, 2014 to the AT&T U-Verse account of Jamie Esposito at 33 E. Winter Park St., Orlando, Florida 32804. A preferred email address of "jesposito27@gmail.com" was listed for the account. The number "27" in the email address appeared consistent with the use of the number in "papertiger27@ymail.com" and "papertiger927@gmail.com."

14. On May 14, 2015, Google provided their response to the subpoena which listed the name of the subscriber for papertiger927@gmail.com simply as "J.E." These initials appeared consistent with the name of Jamie Esposito. Google records indicate the account was created on April 24, 2010. Google records further show that IP access logs for papertiger927@gmail.com reveal that the email account was accessed in October 2014, November 2014, and December 2014 from IP address 99.10.253.40, assigned to the AT&T U-Verse account of Jamie Esposito, 33 E. Winter Park St., Orlando, Florida 32804 as documented above. The account was also

frequently accessed from IP addresses that resolved to Sprint, and appeared to be geo-located in Orlando, Florida. Google records also listed a recovery email of "jaminspoon@gmail.com" for papertiger927@gmail.com account along with a Sprint mobile number of 407-252-8186.

15.    A query of the Florida Department of Highway Safety and Motor Vehicles database revealed that there is an individual with a valid Florida driver's license named Jamie Esposito with a date of birth of September 27, xxxx and with a current residential and mailing address of 33 E. Winter Park St., Orlando, Florida 32804. The numerical representation for Esposito's date of birth appears consistent with the "927" used in the papertiger927@gmail.com email address.

16.    A query of criminal history databases for Jamie Esposito, date of birth: September 27, xxxx, returned a criminal history record which reflected an arrest on April 20, 2012, by the Daytona Beach Police Department for solicitation of a prostitute or another for lewdness and neglect of a child without great harm. Records further reflect that Jamie Esposito was convicted on August 16, 2012, for contributing to the delinquency of a minor as a result of the circumstances surrounding his April 20, 2012 arrest. I have reviewed the Daytona Beach Police Department report on this April 20, 2012 incident. The record reflects, in the officer comment section, that Esposito had a three year-old with him at the time of his arrest. The child, listed in the report as having a first name of [Victim], was

subsequently released by the Department of Children and Families to her grandfather.

17. On May 13, 2015, SA Ginn conducted an open-source Internet search for Jamie Esposito in Orlando, Florida. During the search, SA Ginn found a public news report entitled, "Dad brings [Victim] along while meeting prostitute (Daytona Beach, Florida)." The report was dated April 21, 2012, and detailed how Esposito solicited an undercover police officer for sex while [Victim] was in the car with him. According to the report, Esposito told the undercover officer that he would bring [Victim] into a hotel room with them to watch TV while they had sex.

18. On May 13, 2015, SA Ginn located a profile on Motherless.com for username "dfaraday", consistent with the alternate email address listed for "papertiger27@ymail.com account," "dfaraday84@gmail.com." The profile picture for the user appeared to be a gif image (i.e., a short repeating video) showing a male having sexual intercourse with a small female from behind. The words, "Daddy's little girl" were written on top of the image. An approximate age of the female could not be determined from the image. The user profile listed the location of "dfaraday" as mid-Florida. The user profile stated, "We live in Orlando, always looking for other families and new friends."

**IV. October 2016 Upload of Child Pornography from PAPERTIGER927**

19. In November 2016, I received information in the form of a "cybertip" from the Microsoft Corporation reporting the transmission of child pornography

appearing to originate in the Orlando, Florida area. Microsoft reported that on October 12, 2016, an individual using the screen name "papertiger927" uploaded an image of child pornography over the internet using the Microsoft video interface service called Skype. Additionally, Microsoft reported that the upload of child pornography from papertiger927 was done from IP address, 66.87.149.73. (Skype is a Microsoft internet product that provides video, chat, and voice call services. Skype users may exchange images, texts, videos as well as transmit messages.) 28. After reviewing SA Ginn's investigative reports from 2015 referencing "papertiger927" and Jamie Esposito, I viewed the image file provided by Microsoft which was the subject of their child exploitation report. The image depicts a prepubescent girl approximately 7 to 9 years of age nude from the waist down exposing her vagina and anus to the camera. The child is kneeling on what appears to be a bed with white and light blue striped bed linens, and is facing away from the camera. The child's face is not visible. The child's clothing is pushed up her back to her hairline. The clothing which is pushed up the child's back also appears to be turned in such a way that the underside of the fabric is visible. The fabric is a white or light blue in color with a pattern of dark blue or purple circular marks. The child appears petite, with light brown shoulder length hair and fair skin.

20.	After reviewing the previous HSI reports regarding Esposito as well as the image provided by Microsoft, I conducted a query of Facebook accounts which revealed a Facebook account for a Jamie Esposito in Orlando, Florida. I reviewed

the publicly available contents of this account and observed that the images posted by the user of this account purporting to be Jamie Esposito are consistent with the Florida Department of Highway Safety and Motor Vehicles (FDHSMV) driver's license photograph of Jamie Esposito, date of birth: September 27, xxxx, at 33 E. Winter Park St., Orlando, Florida. The Facebook profile name for the Jamie Esposito account is "papertigerFL." The user of this account lists on his Facebook profile page that he lives in Orlando, Florida and is married. Additionally, the Facebook profile picture posted by the user of this account as of November 17, 2016 depicts the subject Jamie Esposito in the front passenger seat of a vehicle whose interior I know to be consistent with a 2007 Toyota Prius. Also seen in this image is a minor female child in the driver's side rear passenger seat. The user of this Facebook account makes reference through images and postings on Facebook that refer to this child as [Victim]. The most recent image posted of the child is listed as having been posted on October 17, 2016. In this image the child is referred to as [Victim] and appears to be approximately 7 to 9 years of age, petite in stature, with light brown shoulder length hair and fair skin.

21.     On November 9, 2016, I served a Department of Homeland Security (DHS) summons to Microsoft Corporation for account registration information for the Skype account with username papertiger927. On November 9, 2016, Microsoft responded and provided information that papertiger927 registered the Skype account

in question on September 16, 2010 using the email address papertiger927@gmail.com from an IP address which resolves to Orlando, Florida.

22. On November 14, 2016, I served a DHS Summons to Microsoft Corporation for Skype access logs for the papertiger927 account. On November 14, 2016, Microsoft responded and provided the IP access logs from Skype user papertiger927 from May 13, 2016 to November 9, 2016. Microsoft Corporation recorded that papertiger927 has accessed the Skype account in question at least twenty-two times from May 2016 to November 2016. An analysis of the records showed that, over half of the IP log records reflect that papertiger927 accessed the Skype account from IP address of 99.10.253.40, while the remainder of the records reflect that papertiger927 accessed the Skype account from IP addresses that resolved to Sprint PCS and appeared to be geo-located in Orlando, Florida. This pattern of IP connectivity is generally consistent with the pattern discovered by HSI San Francisco during their investigation in 2015.

23. I conducted a DNS check on the IP address 99.10.253.40 through the American Registry for Internet Numbers (ARIN). I received information that the IP address 99.10.253.40 is registered to AT&T Internet Services. On November 14, 2016, I served a DHS summons on AT&T Internet Services for registrant information and subscriber data for IP address 99.10.253.40 on certain dates and times that papertiger927 accessed the Skype account in question in the summer and fall of 2016. On November 16, 2016, AT&T responded and provided records

showing that IP address 99.10.253.40 is a "static" IP address (i.e., meaning it does

not change) currently registered to Jamie Esposito at 33 E. Winter Park St., Orlando,

Florida 32804, and that IP address has been so registered since March of 2013.

According to the records provided by AT&T, Jamie Esposito provided a contact

email address of jesposito27@gmail.com.

24.    On November 10, 2016, I served a DHS summons on Sprint for

information related to subscriber Jamie Esposito, date of birth September 27, xxxx,

33 E. Winter Park St., Orlando, Florida 32804. On November 17, 2016, Sprint

responded to the summons stating that they did not have information responsive to

the request sent. Also on November 17, 2016, a Sprint representative, from the

Sprint Subpoena Compliance Division, contacted me to explain the response he had

just provided. The Sprint representative explained that the IP address 66.87.149.73 is

a Sprint IP, and it shows that the individual using that IP address is utilizing a Sprint

mobile device, but that IP addresses that begin in "66.87..." are of the type that are

general IP addresses which retain no information about the end-user registrant using

that IP address at that specific time. The Sprint representative further explained that

it is likely that the Sprint mobile device in question is a pre-paid device, and for

which Sprint does not retain information.

25.    On November 21, 2016, I was able to locate a Twitter account which

appears to be connected to Jamie Esposito. This Twitter account, listed as

twitter.com/jaminspoon, contains the same term "jaminspoon" as the recovery email

address provided by Google in their 2015 response to SA Ginn, namely:

jaminspoon@gmail.com. A review of the publicly available information, postings

and images for twitter.com/jaminspoon reveals that someone using the Twitter

handle (i.e., which is something akin to a username) @jaminspoon posted two

images of a minor female child matching the description and appearance of the child

previously identified above as [Victim]. The images were posted on November 13,

2016, by the user @jaminspoon and depict a petite girl, approximately 7 to 9 years of

age, with light brown shoulder length hair and fair skin.

    26.    In November 2016, I located the same Motherless.com profile that SA

Ginn located in 2015 with the username "dfaraday." I observed that the "dfaraday"

profile still used the same profile image that SA Ginn located in May 2015 (the gif

image of a male having sex with a small female of indeterminate age). And, just as

observed by SA Ginn in 2015, the profile information also still indicated that "We

live in Orlando, always looking for other families and new friends."

    27.    On November 17, 2016, I conducted surveillance at 33 E. Winter Park

St., Orlando, Florida. While at there, I observed a silver Toyota Prius in the

driveway bearing Florida license plate number HCTY44. I also conducted a check

for wireless signals. While positioned directly outside the residence, I detected

several wireless signals. All signals were secured and required a password to

authorize access.

## V.    Search Warrant and Interviews

28.    On November 28, 2016, I obtained a federal search warrant from United States Magistrate Judge Gregory J. Kelly, in the Middle District of Florida, to search 33 E. Winter Park St., Orlando, Florida, for child pornography among other items.

29.    On November 29, 2016, I executed the federal search warrant at 33 E. Winter Park St. with the assistance of the Orlando Police Department and the Florida Department of Law Enforcement.  Just prior to executing the search warrant, SA Ken McClenahan and I approached the residence and knocked on the door.  ESPOSITO answered the door and agreed to speak with the agents, inviting the two agents inside.  Agents questioned ESPOSTIO regarding his online activities. ESPOSITO admitted that he had been using the papertiger927@gmail.com email address and that he had used that email account to communicate with an individual about the sexual abuse of a minor child victim, i.e., [Victim].  I read explicit portions of the emails mentioned above to ESPOSITO wherein ESPOSITO communicated to the CD that he [ESPOSITO] had sexual intercourse with the [Victim] and that he had licked the [Victim's] genitalia.  ESPOSITO admitted that he had communicated these things but stated that it was all based on fantasy and that he never inappropriately touched the [Victim].

30.    I showed ESPOSITO the image that was the subject of the Microsoft cybertip (described in paragraph 19 above) and asked him if he recognized the image. ESPOSITO admitted that he uploaded that image to Skype from his papertiger927 profile in October 2016, but stated that he did not remember where he received the image from. ESPOSITO stated that the image was not of the [Victim].

31.    While talking to ESPOSITO, he removed a Samsung cell phone from his pocket and told agents that this was his cell phone. When ESPOSITO hesitated about granting agents permission to search the cell phone, I informed him that I was now executing a federal search warrant and advised him of his *Miranda* warnings. ESPOSITO agreed to continue speaking with agents without the presence of an attorney. After making a number of statements about the ownership and use of his computers and cell phone, ESPOSITO invoked his *Miranda* rights. As a result, the interview was terminated.

32.    After ESPOSITO invoked his *Miranda* rights, the execution of the search warrant continued. During the execution of the search warrant, SA McClenahan conducted a forensic preview of ESPOSITO's Samsung cell phone. SA McClenahan discovered a large number of images of child pornography on ESPOSITO's Samsung cell phone, including images and videos of child pornography depicting the [Victim] and ESPOSITO engaged in various sexual acts. One such video depicts the [Victim] performing oral sex on ESPOSITO. The [Victim] is clearly identifiable to me as the person I previously identified as the

[Victim]. In addition, a male voice that I recognize as ESPOSITO's voice can be heard on the video directing the [Victim].

33. Another image discovered depicted the [Victim] bound in handcuffs and nude with the exception of fish net stockings. In that image the [Victim's] legs are spread, exposing her vagina to the camera. Another image discovered depicts the [Victim] bound by the neck and arms with a pink rope with what appears to be white fluid on the [Victim's] bare midsection. A pink rope matching the rope in the image was found among a number of sex toys in the residence during the search warrant.

34. As the search warrant progressed, ESPOSITO requested to speak to ~~SA Ryan Eggland~~ law enforcement again. After SA Eggland explained to ESPOSITO that he could not talk to ESPOSITO because ESPOSITO had invoked his right to speak to an attorney, ESPOSITO persisted in his desire to speak to SA Eggland. As a result, ESPOSITO signed a *Miranda* waiver form and both SA Eggland and I explicitly explained to ESPOSITO that he was voluntarily speaking to us because he re-initiated the conversation. Thereafter, ESPOSITO admitted that he produced the videos and images of the [Victim] that law enforcement found on his Samsung cell phone. ESPOSITO further explained that he took the images and videos over the last year.

35. I know based on my training and experience that Samsung cell phones are not manufactured in Florida. In fact, I know that most Samsung cell phones are manufactured overseas in Korea and Vietnam.

36. ESPOSITO's wife, Tracie Esposito, who knows the [Victim], was questioned as to whether she recognized the images and videos described above. Mrs. Esposito positively identified the [Victim] in each image and video. Mrs. Esposito indicated that based on the appearance of the [Victim] in the images and videos that these images and videos would have been produced within the last year or so. Finally, Mrs. Esposito confirmed that the [Victim] is currently 7 years old.

37. Based on the above information, I believe probable cause exists establishing that Jamie ESPOSITO has engaged in producing sexually explicit images of a minor and distributing child pornography in interstate commerce, in violation of 18 U.S.C. §§ 2251(a) and 2252A(a)(2).

Joseph R. Grey, Special Agent
Homeland Security Investigations

Sworn to and subscribed before me
this 30th day of November, 2016.

Honorable Gregory J. Kelly
United States Magistrate Judge

[illegible]