# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                                         Case No. 6:16-1653   GJK

JAMIE ESPOSITO

AUSA: Shawn Napier
Defense Atty.: Angela Parrott

| U.S. MAGISTRATE JUDGE | Gregory J. Kelly | DATE/TIME | Nov.30, 2016 3:02- 3:07 = 5 mins |
|---|---|---|---|
| DEPUTY CLERK | Nativelis Rodriguez | RECORDING | digital |
| INTERPRETER | n/a | PTS/PROB: | Sonya Williams |

## CLERK'S MINUTES
## INITIAL APPEARANCE

**DEFENDANT TAKEN INTO FEDERAL CUSTODY TODAY**

Case called, appearances made, procedural setting by Court
Dft advised of his rights
Dft requests appointment of counsel/Court appoints FPD
No issue as to identity
Gov summarizes charge(s)/penalties
Gov seeks detention
Dft files waiver of PE hearing
Defendant advised of right to detention hearing
Court enters order of detention
Court adjourned