# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

v.  Case No: 6:16-cr-270-Orl-22DCI

**JAMIE ESPOSITO**

AUSA: Nathan Hill

Defense Attorney: Appearance Waived

| JUDGE: | **DANIEL C. IRICK**<br>United States<br>Magistrate Judge | DATE AND TIME:<br><br>TOTAL TIME: | **December 28, 2016**<br>10:25-10:26AM<br>1 minutes |
|---|---|---|---|
| DEPUTY CLERK: | Nativelis Rodriguez | REPORTER: | digital |
| INTERPRETER: | None | PRETRIAL/PROB: | No Appearance |

## CLERK'S MINUTES
## WAIVER OF ARRAIGNMENT

**(WAIVER OF PRESENCE FILED By Defendant)**
Case called, appearances made, procedural setting by the Court.
Court accepts and endorses defendant's waiver of presence at arraignment and plea of not guilty.
Court sets a status conference on 2/17/17 at 9:15AM and trial term of 3/1/17 at 9:00AM before Judge Antoon II; Criminal Scheduling Order to enter.
Court adjourned.