UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 6:16-cr-270-Orl-28DCI

JAMIE P. ESPOSITO

### NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

☒   IS   related to pending or closed civil or criminal cases previously filed in this court, or any other Federal or State court, or administrative agency as indicated below:

6:16-mj-1653

☐   IS NOT   related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than eleven days after appearance of the party.

Dated: January 11, 2017       Respectfully submitted,

A. LEE BENTLEY, III
United States Attorney

By:   s/ *Shawn P. Napier*
SHAWN P. NAPIER
Assistant United States Attorney
USA No. 132
400 W. Washington Street, Suite 3100
Orlando, Florida 3280
Telephone:  (407) 648-7500
Fax:         (407) 648-7643
E-mail: shawn.napier@usdoj.gov

U.S. v. JAMIE P. ESPOSITO         Case No. 6:16-cr-270-Orl-28DCI

## CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Alisha Marie Scott, Assistant Federal Public Defender.

                                        s/ *Shawn P. Napier*
                                        SHAWN P. NAPIER
                                        Assistant United States Attorney
                                        USA No. 132
                                        400 W. Washington Street
                                        Suite 3100
                                        Orlando, Florida 3280
                                        Telephone:   (407) 648-7500
                                        Fax:         (407) 648-7643
                                        E-mail: shawn.napier@usdoj.gov