UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

v.  Case No: 6:16-cr-270-Orl-28DCI

**JAMIE ESPOSITO**

AUSA: Shawn P. Napier

Defense Attorney: Alisha Marie Scott, Federal Public Defender

| JUDGE: | **JOHN ANTOON II** United States District Judge | DATE AND TIME: TOTAL TIME: | **February 17, 2017** 9:24 a.m – 9:32 a.m. 8 minutes |
|---|---|---|---|
| DEPUTY CLERK: | Anita Justin | REPORTER: | Koretta Stanford skoretta@bellsouth.net |
| INTERPRETER: | | PRETRIAL/PROB: | No Appearance |

## CLERK'S MINUTES
## STATUS CONFERENCE

Counsel advises that the case will be resolved by a plea but due to some unusual legal issues that have arisen in the case it is unlikely that it can be resolved before the March, 2017 trial term.

Government makes an *Ore Tenus* Joint Motion to Continue the trial to April, 2017, based on those reasons.

The court finds that the interest of justice outweigh the defendant's right to a speedy trial based on the unusual legal issues that complicated and delayed the disposition of the case.  Upon the defendant's filing a waiver of speedy trial waiving through 3/31/17,  the Court will grant the motion to continue the case and reset the status conference for 9:15 a.m. on 3/17/17 and place the case on the April 3, 2017 trial term.