UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

v.  Case No: 6:16-cr-270-Orl-28DCI

**JAMIE ESPOSITO**

AUSA: Shawn P. Napier

Defense Attorney: Alisha Marie Scott, Federal Public Defender

| JUDGE: | **JOHN ANTOON II** US District Judge | DATE AND TIME: TOTAL TIME: | **March 29, 2017** 1:30 p.m. – 2:07 p.m. 47 minutes |
|---|---|---|---|
| DEPUTY CLERK: | Anita Justin | REPORTER: | Suzanne Trimble trimblecourtreporter@gmail.com |
| INTERPRETER: | None | PRETRIAL/PROB: | No Appearance |

## CLERK'S MINUTES
## CHANGE OF PLEA

1:30 p.m.    Defendant duly sworn. Court advises Defendant of rights. Defendant enters a plea of guilty as to Counts 3, 4, and 6 of the Indictment. Court accepts guilty plea and adjudicates defendant guilty. Probation ordered to prepare Presentence Report. **Sentencing scheduled for August 25, 2017 at 9:30 a.m.** At sentencing Government will move to dismiss Counts 1, 2, and 5 of Indictment.

2:07 p.m.    Court adjourned.