# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**UNITED STATES OF AMERICA**

      **v.**                      **Case No. 6:16-cr-270-Orl-28DCI**
                                          **(Forfeiture)**

**JAMIE P. ESPOSITO**

## PRELIMINARY ORDER OF FORFEITURE

THIS CAUSE comes before the Court upon the filing of the United States' Motion for entry of a Preliminary Order of Forfeiture, (Doc. 36, filed August 16, 2017) pursuant to 18 U.S.C. § 2253 and Fed. R. Crim. P. 32.2(b)(2), for the Samsung Galaxy S5 cellphone.

Being fully advised in the premises, the Court finds that the United States established the requisite nexus between the cellphone and the defendant's offenses of enticement and possession of child pornography, in violations of 18 U.S.C. §§ 2251(a) and 2252A(a)(5)(B), as charged in Counts Three, Four, and Six of the Indictment.   Accordingly, it is hereby

**ORDERED, ADJUDGED AND DECREED** that for good cause shown, said Motion (Doc. No. 36)   of the United States is hereby **GRANTED**.

It is **FURTHER ORDERED** that pursuant to the provisions of Federal Rule of Criminal Procedure 32.2(b)(2) and 18 U.S.C. § 2253 the property more fully identified above, is hereby forfeited to the United States for disposition according to law.

It is **FURTHER ORDERED** that:

1.    The United States will provide written notice to all third parties known to have an alleged legal interest in the forfeited cellphone and will publish notice on the internet at www.forfeiture.gov.

2.    That any person, other than Jamie P. Esposito, who has or claims any right, title or interest in the forfeited cellphone must file a petition with this Court for a hearing to adjudicate the validity of their alleged interest.   The petition should be mailed to the Clerk of the United States District Court, Orlando Division, 401 W. Central Blvd., Suite 1200, Orlando, Florida 32801-0120, within 30 days of the final publication of notice or of receipt of actual notice, whichever is earlier.

3.    The petition shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited cellphone, the time and circumstances of the petitioner's acquisition of such right, title or interest, and any additional facts surrounding the petitioner's claim and the relief sought.

4.    After receipt of the petition by the Court, the Court will set a hearing to determine the validity of the petitioner's alleged interest in the forfeited cellphone.

5.    That upon adjudication of all third-party interests in the forfeited cellphone this Court will enter a Final Judgment of Forfeiture in which all interests will be addressed.

The Court retains jurisdiction to entertain any third-party claims that may be asserted in these proceedings, and to enter any further orders necessary for the forfeiture and disposition of the forfeited cellphone.

**DONE** and **ORDERED** this __18__ day of ___August___, 2017, in Orlando, Florida.

JOHN ANTOON II
UNITED STATES DISTRICT JUDGE