**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA**

v.  Case No. 6:16-cr-270-Orl-28DCI

**JAMIE ESPOSITO,**
_____/

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Jamie Esposito, Defendant above named, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Judgment in a Criminal Case entered in this action on August 28, 2017. Doc 49.

DATED this 6th day of September, 2017.

DONNA LEE ELM
FEDERAL PUBLIC DEFENDER

*s/ Alisha Marie Nair*
Alisha Marie S. Nair
Assistant Federal Defender
Georgia Bar No. 0806033
201 South Orange Avenue, Suite 300
Orlando, Florida 32801
Telephone: 407-648-6338
Facsimile: 407-648-6095
E-Mail: alisha_marie_nair@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*s/ Alisha Marie Nair*
Alisha Marie S. Nair
Assistant Federal Defender