```
 1                  UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
 2                        ORLANDO DIVISION

 3              Docket No. 6:16-cr-270

 4    . . . . . . . . . . . . . . . .
      UNITED STATES OF AMERICA      :
 5                                   :
                                     :        Orlando, Florida
 6             Plaintiff             :        March 17, 2017
                                     :        9:00 a.m.
 7                v.                 :
                                     :
 8    JAMIE ESPOSITO                 :
                                     :
 9             Defendant             :
      . . . . . . . . . . . . . . . .
10

11          TRANSCRIPT OF STATUS CONFERENCE
           BEFORE THE HONORABLE JOHN ANTOON II
12              UNITED STATES DISTRICT JUDGE

13

14    APPEARANCES:

15

16    For the Plaintiff: Shawn Napier

17

18    For the Defendant: Alisha Marie Scott

19

20
      Court Reporter:     Sandra K. Tremel, RMR/CRR
21                        sandy.tremel@gmail.com

22

23

24    Proceedings recorded by mechanical stenography, transcript

25    produced by computer-aided transcription.
```

```
                1              P R O C E E D I N G S
09:24:35        2         THE DEPUTY CLERK:  The next case is the United
                3   States of America v. James Esposito, case number
                4   6:16-cr-270-Orl-28DCI.  Will counsel please state your
                5   name for the record.
09:24:48        6         MR. NAPIER:  Good morning, Your Honor.  Shawn
                7   Napier on behalf of the United States.
09:24:50        8         MS. SCOTT:  Good morning.  Alisha Marie Scott here
                9   on behalf Mr. Esposito.
09:24:54       10         THE COURT:  How are you all this morning?
09:24:55       11         MR. NAPIER:  Good, Your Honor.  Thank you.
09:24:58       12         We filed a plea agreement in this case on
               13   March 3rd.  Through discussions with Judge Irick, we're
               14   scheduled for plea on this case on March 28th at 10:00 a.m.,
               15   I believe.
09:25:14       16         THE COURT:  Have a good day.
09:25:16       17         MR. NAPIER:  Thank you, Your Honor.
09:25:17       18         MS. SCOTT:  Thank you, Your Honor.
09:25:17       19              C E R T I F I C A T E
09:25:17       20      I certify that the foregoing is a correct transcript
               21   from the record of proceedings in the above-entitled matter.
09:25:17       22
09:25:17       23    s\Sandra K. Tremel               September 22, 2017
09:25:17       24
               25
```