```
09:08:59   1                    UNITED STATES DISTRICT COURT
09:08:59                        MIDDLE DISTRICT OF FLORIDA
09:08:59   2                        ORLANDO DIVISION
09:08:59
09:08:59   3                    Docket No. 6:16-cr-270
09:08:59
09:08:59   4   . . . . . . . . . . . . . . . .
09:08:59       UNITED STATES OF AMERICA       :
           5                                  :
09:08:59                                      :      Orlando, Florida
09:08:59   6              Plaintiff           :      March 29, 2017
09:08:59                                      :      9:00 a.m.
09:08:59   7              v.                  :
09:08:59                                      :
09:08:59   8   JAMIE ESPOSITO                 :
09:08:59                                      :
09:08:59   9              Defendant           :
09:08:59       . . . . . . . . . . . . . . . .
09:08:59  10
09:08:59
09:08:59  11          TRANSCRIPT OF TELEPHONE CONFERENCE
09:08:59              BEFORE THE HONORABLE JOHN ANTOON II
09:08:59  12                UNITED STATES DISTRICT JUDGE

09:08:59  13

09:08:59  14   APPEARANCES:

09:08:59  15

09:08:59  16   For the Plaintiff: Shawn Napier
09:08:59
09:08:59  17
09:08:59
09:08:59  18   For the Defendant: Alisha Marie Scott

09:08:59  19
09:08:59
09:08:59  20
09:08:59       Court Reporter:     Sandra K. Tremel, RMR/CRR
09:08:59  21                       sandy.tremel@gmail.com

09:08:59  22

09:08:59  23

09:08:59  24   Proceedings recorded by mechanical stenography, transcript

09:08:59  25   produced by computer-aided transcription.
```

| | | |
|---|---|---|
| 09:08:59 | 1 | P R O C E E D I N G S |
| 09:28:28 | 2 | THE DEPUTY CLERK: In matter of the United States |
| | 3 | of America v. Jamie Esposito, case number 6:16-cr-270 -- |
| | 4 | Orl-28DCI. Will counsel please state your name for the |
| | 5 | record. |
| 09:28:39 | 6 | MR. NAPIER: Shawn Napier on behalf of the United |
| | 7 | States. |
| 09:28:40 | 8 | MS. SCOTT: Alisha Marie Scott on behalf of |
| | 9 | Mr. Esposito. |
| 09:28:50 | 10 | THE COURT: Ms. Scott? |
| 09:28:52 | 11 | MS. SCOTT: Yes, Your Honor. |
| 09:28:53 | 12 | THE COURT: This is John Antoon. You're going to |
| | 13 | have to speak up. I can barely hear you. |
| 09:28:57 | 14 | MS. SCOTT: Yes, Your Honor. Let me see if I can |
| | 15 | arrange something with my phone to make it louder. |
| 09:29:02 | 16 | THE COURT: Okay. |
| 09:29:02 | 17 | MS. SCOTT: Is that better? |
| 09:29:03 | 18 | THE COURT: It is. Thank you. |
| 09:29:07 | 19 | Listen, apparently the defendant did not appear |
| | 20 | for a scheduled plea and I understand that that's now been |
| | 21 | rescheduled for tomorrow at 1:00. That's problematic for |
| | 22 | this reason: I won't be here on Monday and the trial term |
| | 23 | ends at the end of this month, the 31st. So my plan was to |
| | 24 | pick a jury on Friday. I cannot bring in a veneer after |
| | 25 | noon on Thursday, and I guess the bottom line is I don't -- |

```
           1   I'm sceptical and I don't have a waiver of a speedy trial
           2   beyond the 31st.  So you can -- you're welcome to make
           3   suggestions to me, but my suggestion to you is that he enter
           4   a plea this afternoon or first thing tomorrow, and then if
           5   it doesn't go through, he doesn't show up, we proceed to
           6   pick a jury on Friday.  I would pick the jury, swear the
           7   jury, probably -- not sure of that -- not sure what's
           8   required to toll the speedy trial, but then I wouldn't begin
           9   the trial for five -- until the following Monday, not be --
          10   not the following Monday but a week from the following
          11   Monday.
09:30:57  12            MS. SCOTT:  I understand.  We -- myself and
          13   government met yesterday prior to the change of plea and we
          14   calculated the speedy trial.  I guess the remainder of
          15   speedy trial to be about 20 days less in his timeframe for
          16   speedy trial.  We did not anticipate yesterday happening.
          17   As soon as I was out of court yesterday, I went to Seminole
          18   County Jail.  I met with Ms. Esposito.  He is still in a
          19   cooperative posture.  He met with agents as well.  I
          20   believe there was a medical issue.  As soon as I got out of
          21   the jail I did contact the government again and we tried to
          22   set up the change of plea for today.  However, the
          23   magistrate court was not able to give the marshals enough
          24   time to bring him over today.  But both the government and
          25   myself are available today at any time today to take a plea
```

|          |    |                                                                              |
|----------|----|------------------------------------------------------------------------------|
|          | 1  | if we can get him here.  And the earliest they were able to                  |
|          | 2  | schedule him for tomorrow was 1:30, I believe.                               |
| 09:32:12 | 3  | THE COURT:  That's the earliest the magistrate                               |
|          | 4  | judge could schedule it?                                                     |
| 09:32:15 | 5  | MS. SCOTT:  Correct.                                                         |
| 09:32:16 | 6  | MR.  NAPIER:  Well, Your Honor, I requested the                              |
|          | 7  | afternoon.  I've got another conflict tomorrow morning so I                  |
|          | 8  | wasn't available for a change of plea tomorrow morning.  So                  |
|          | 9  | that's why it was scheduled for tomorrow afternoon.  We did                  |
|          | 10 | it -- like defense counsel stated, we did try to get it set                  |
|          | 11 | for today, but apparently there was some concerns with                       |
|          | 12 | regard to transport for today.                                               |
| 09:32:37 | 13 | I will tell the Court as well, I wasn't able to                              |
|          | 14 | meet with Mr. Esposito yesterday, but agents from HIS,                       |
|          | 15 | agents from Tampa who are investigating a case due to the                    |
|          | 16 | defendant's cooperation, met with the defendant.  My                         |
|          | 17 | understanding after talking with the agent and talking to                    |
|          | 18 | defense counsel is that he was cooperative, provided all                     |
|          | 19 | available information and then some, had agreed to testify                   |
|          | 20 | at trial in Tampa against, I guess for lack of a better                      |
|          | 21 | term, co-conspirators.  Although they're not charged                         |
|          | 22 | together.  It's an offshoot of this case.                                    |
| 09:33:18 | 23 | So I believe based on the conversations that we                              |
|          | 24 | are still going to have a plea.  I can't really speak what                   |
|          | 25 | happened yesterday morning, but I think we're -- I think    |

|            |    |                                                                        |
|------------|----|------------------------------------------------------------------------|
|            | 1  | we're still in the plea posture.  I would suggest maybe if             |
|            | 2  | defense can maybe get a waiver of speedy trial so we don't             |
|            | 3  | waste resources impaneling a jury unnecessarily or making --           |
|            | 4  | taking those steps to, you know, arrange for a jury tomorrow           |
|            | 5  | and on Friday.  Maybe that might be the best route to go.              |
| 09:33:55   | 6  | THE COURT:  Miss Scott?                                                |
| 09:33:58   | 7  | MS. SCOTT:  I'm sorry?                                                 |
| 09:34:00   | 8  | THE COURT:  What do you say to that?                                   |
| 09:34:03   | 9  | MS. SCOTT:  The earliest I could have the waiver                       |
|            | 10 | of speedy trial is tomorrow or this evening.  I am duty                |
|            | 11 | attorney today so I will not be able to leave my station in            |
|            | 12 | case I were to get a duty call, but I could go this evening            |
|            | 13 | and obtain a waiver of speedy trial through April, but it              |
|            | 14 | wouldn't be able to be filed until after I leave the jail              |
|            | 15 | this evening, if that's acceptable to the Court.  Otherwise            |
|            | 16 | I can see if I can find another attorney in my office                  |
|            | 17 | because -- to go meet with Mr. Esposito.  I don't think he             |
|            | 18 | would be in opposition of waiving speedy trial.  I know                |
|            | 19 | yesterday he fully anticipates a plea agreement and I                  |
|            | 20 | thought that would be today or tomorrow that he would enter            |
|            | 21 | the plea.                                                              |
| 09:34:54   | 22 | THE COURT:  Well, let me just put the ball in your                     |
|            | 23 | court.  I'm not trying to make it difficult.  I'm trying to            |
|            | 24 | make it -- trying to avoid the embarrassment of having to              |
|            | 25 | deal with a speedy trial issue in a case over which I                  |

|  |  |
|---|---|
| 1 | preside and I'm not sure what the calculations are.  I take |
| 2 | it at your word.  But the other problem is that these |
| 3 | things have to be done during the trial period and it's |
| 4 | almost up and I don't like to vary from that.  So I will go |
| 5 | ahead and order him transported here tomorrow morning and |
| 6 | I'll be available to take his plea if you don't have a |
| 7 | waiver of speedy trial.  I prefer to leave him scheduled |
| 8 | for the magistrate judge to do -- to take the plea, but if |
| 9 | you're unable to get the waiver, I'll go ahead and do it. |
| 09:35:56   10 | MS. SCOTT:  Okay. |
| 09:35:57   11 | MR.   NAPIER:  And, Your Honor, is there a |
| 12 | magistrate judge who can get him here today?  Is that |
| 13 | possible? |
| 09:36:03   14 | THE COURT:  Well, I'll tell you what -- |
| 09:36:05   15 | MR.   NAPIER:  Call marshals or anything else? |
| 09:36:07   16 | THE COURT:  I'll tell you what, I'll try to do |
| 17 | that.  I'll try to get him here today.  I'm not sure that |
| 18 | I'll be able to do that without having them make an extra |
| 19 | trip, and I don't do that lightly, but I'll see and if that |
| 20 | happens, would you be available this afternoon, Miss Scott? |
| 09:36:30   21 | MS. SCOTT:  I'm available, Your Honor, yes. |
| 09:36:32   22 | THE COURT:  You're available, Mr. Napier? |
| 09:36:34   23 | MR.   NAPIER:  Yes, Your Honor. |
| 09:36:36   24 | THE COURT:  Okay.  Well, if you hear -- I'm going |
| 25 | to ask my courtroom deputy to let you know whether that's |

```
                  1  going to happen or not, and if the answer is no, then you
                  2  either have to get a waiver of speedy trial or I'll bring
                  3  him here tomorrow.  Okay?
09:37:05          4         MS. SCOTT:  Yes, Your Honor.
09:37:06          5         MR. NAPIER:  Sounds good, Your Honor.  Thank you.
09:37:07          6         THE COURT:  Okay.  Thanks a lot.
09:37:09          7         MS. SCOTT:  Thank you.  Have a great day.
09:37:12          8         (telephone conference ended at 9:37 a.m.)
09:37:15          9              C E R T I F I C A T E
09:37:15         10     I certify that the foregoing is a correct transcript
                 11  from the record of proceedings in the above-entitled matter.
09:37:15         12
09:37:15         13   s\Sandra K. Tremel              September 22, 2017
09:37:15         14
```