1

```
 1              UNITED STATES DISTRICT COURT
                MIDDLE DISTRICT OF FLORIDA
 2                   ORLANDO DIVISION

 3    - - - - - - - - - - - - - - -X
      UNITED STATES OF AMERICA,    :
 4                                 :
                                   :
 5          Plaintiff,             :  Case No.:
                                   :  6:16-cr-270-Orl-22DCI
 6    vs.                          :
                                   :
 7    JAMIE ESPOSITO,              :  Orlando, Florida
                                   :  November 30, 2016
 8          Defendant.            :  3:02 p.m.
                                   :
 9                                 :
                                   :
10                                 :
      - - - - - - - - - - - - - - -X
11
                 TRANSCRIPT OF INITIAL APPEARANCE
12        BEFORE THE HONORABLE GREGORY J. KELLY
                UNITED STATES MAGISTRATE JUDGE
13

14
      APPEARANCES:
15
        Counsel for Plaintiff:      Shawn Napier
16
        Counsel for Defendant:      Angela Parrott
17

18

19

20    Proceedings recorded by digital recording.
      Transcript produced by computer-aided transcription.
21

22    Court Reporter:  Suzanne L. Trimble, CCR, CRR, RPR
                        Federal Official Court Reporter
23                      401 West Central Boulevard, Suite 4600
                        Orlando, Florida 32801
24                      e-mail: trimblecourtreporter@gmail.com

25
```

*2*

1    P R O C E E D I N G S

2        THE COURTROOM DEPUTY:  Case No. 6:16-1653 GJK,

3    United States of America v. Jamie Esposito.

4        Counsel, please enter your appearances for the

5    record.

6        MR. NAPIER:  Good afternoon, Your Honor.  Shawn

7    Napier on behalf of the United States.  With me at counsel

8    table is HSI Special Agent Joe Grey.

9        THE COURT:  Good afternoon.

10       MS. PARROTT:  Good afternoon, Your Honor.  Angela

11   Parrott for Mr. Esposito, who is seated to my right.

12       THE COURT:  Good afternoon.

13       Mr. Esposito, this is your initial appearance with

14   respect to the Criminal Complaint that was filed against you.

15   The purpose of this hearing is simply to advise you of your

16   rights and advise you of the allegations against you.

17       In that regard, you are advised you have the right

18   to remain silent.  You're not required to make any statement

19   whatsoever.  If you do choose to make any statements, the

20   Government may then use those against you in order to

21   prosecute its case.  In addition, you can invoke your right to

22   remain silent at any point in time.

23       You're advised that you do have the right to counsel

24   and that if you cannot afford counsel, counsel will be

25   provided for you at no cost.

1    You have the right to confer with counsel before any

2    questioning by the authorities may begin.  You have the right

3    to have your counsel present during any questioning, at any

4    lineup, and, of course, at all court proceedings.

5    If at any point in time you need a moment to speak

6    to your counsel, just let me know, and we'll allow you that

7    opportunity.

8    I've just reviewed your financial affidavit, and

9    based upon the information you've provided, I'm accepting that

10   as a request for court appointed counsel, and based on the

11   information you've provided, I do find it's appropriate to

12   appoint counsel for you.

13   You'll have the public defenders office providing

14   your representation, specifically this afternoon Ms. Parrott

15   acting as your counsel.

16   Ms. Parrott, have you and your client received a

17   copy of the Complaint?

18   MS. PARROTT:  Yes, and we've read it, Your Honor.

19   THE COURT:  All right.  Any issue of identity with

20   respect to this defendant?

21   MS. PARROTT:  No, Your Honor.

22   THE COURT:  All right.  Mr. Napier, if you'll give

23   us a brief procedural background for the record; for the

24   defendant's benefit, summarize the charges he's facing, as

25   well as the penalties and then please address the issue of

**4**

1   bond.

2   　　　　MR. NAPIER:  Very well, Your Honor.

3   　　　　THE COURT:  As well as whether you're prepared to

4   proceed on the issue of bond.

5   　　　　MR. NAPIER:  Certainly, Your Honor.  Thank you.

6   We're here today after a search warrant was executed at

7   Mr. Esposito's home yesterday.  And he was -- a probable cause

8   arrest was taken place at that time.  He is charged in a

9   two-count Complaint in this case charging one count of

10  production of child pornography and one count of distribution

11  of child pornography.  The distribution of the child

12  pornography is in violation of 18 United States Code, 2251(a),

13  carries a minimum mandatory sentence of 15 years to a maximum

14  of 30 years in Bureau of Prisons, a fine of up to $250,000, no

15  less than five years to life supervised release, and a $5,000

16  special assessment.

17  　　　　With regard to the distribution of child pornography

18  in violation of 18 United States Code, 2252A(a)(2), it's a

19  mandatory minimum sentence of five years up to 20 years in the

20  Bureau of Prisons, $250,000 fine, no less than five years up

21  to life supervised release and a $5,000 special assessment.

22  　　　　We are seeking detention in this case.  Your Honor.

23  This is a presumption case under United States -- 18 U.S.C.,

24  3142(e)(2), and we are prepared to go forward today.

25  　　　　THE COURT:  All right.  Very well.  Thank you.

1          All right.  Ms. Parrot, have you had time to talk

2    with your client about his right to a hearing on the issue of

3    probable cause as in regard to the offenses alleged and also a

4    hearing on the issue of bond?

5          MS. PARROTT:  Yes, Your Honor.  And we provided an

6    executed waiver of preliminary hearing, and Mr. Esposito

7    consents to detention.  We do not seek a hearing today.

8          THE COURT:  All right.  Let me address that with

9    Mr. Esposito.

10         With respect to the issue of probable cause, you can

11   exercise your right to that hearing, or you can waive it and

12   await return of an indictment.  Your counsel has indicated you

13   wish to waive it, and that's fine.

14         With respect to the issue of bond, you're entitled

15   to hearing on that, and you can exercise it, or you can defer

16   it to a later point in time.

17         Your counsel has indicated you do not wish to have

18   it heard at this time.  So you will be detained pending

19   further proceedings.

20         If at a later point in time you do wish to have a

21   hearing on the issue of bond, notify your counsel, she'll file

22   a motion with the Court, and the Court will promptly hear the

23   matter.

24         All right.  Anything further, Mr. Napier?

25

**6**

1        MR. NAPIER:  No, Your Honor.  Thank you.

2        THE COURT:  Ms. Parrott?

3        MS. PARROTT:  No, Your Honor.  Thank you.

4        THE COURT:  All right.  Thank you.  We're adjourned.

5   You're excused.

6        (WHEREUPON, this matter was concluded at 3:07 p.m.)

7

8                              *   *   *

9

10                     CERTIFICATE OF REPORTER

11

12   I certify that the foregoing is a correct transcript of the
     record of proceedings in the above-entitled matter.

13

14    _/s/ Suzanne L. Trimble_____          9/27/17_
     Suzanne L. Trimble, CCR, CRR, RPR            Date
15   Official Court Reporter

16

17

18

19

20

21

22

23

24

25