*1*

```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                         ORLANDO DIVISION

- - - - - - - - - - - - - - - -X
 UNITED STATES OF AMERICA,      :
                                :
          Plaintiff,            :  Case No.:
                                :  6:16-cr-270-Orl-22DCI
 vs.                            :
                                :
 JAMIE ESPOSITO,                :  Orlando, Florida
                                :  December 28, 2016
                                :  10:25 a.m.
          Defendant.            :
                                :
                                :
- - - - - - - - - - - - - - - -X

              TRANSCRIPT OF WAIVER OF ARRAIGNMENT
             BEFORE THE HONORABLE DANIEL C. IRICK
                 UNITED STATES MAGISTRATE JUDGE


APPEARANCES:

  Counsel for Plaintiff:        Nathan Hill

  Counsel for Defendant:        (Appearance waived.)




Proceedings recorded by digital recording.
Transcript produced by computer-aided transcription.

Court Reporter:   Suzanne L. Trimble, CCR, CRR, RPR
                  Federal Official Court Reporter
                  401 West Central Boulevard, Suite 4600
                  Orlando, Florida 32801
                  e-mail: trimblecourtreporter@gmail.com
```

2

1      P R O C E E D I N G S

2         THE COURTROOM DEPUTY:  Case No. 6:16-cr-270, United
3   States of America v. Jamie Esposito.
4         Counsel, please enter your appearance for the
5   record.
6         MR. HILL:  Good morning, Your Honor.  Nathan Hill on
7   behalf of the United States, standing in for Shawn Napier.
8         THE COURT:  All right.  Good morning, Mr. Hill.
9         We're here for the arraignment of Mr. Esposito.  I
10  have an appropriate waiver of the defendant's presence and to
11  enter a plea of not guilty.  I will executed that, enter a
12  plea of not guilty for the defendant, set a scheduling order
13  in this case.
14        This case is set on Judge Antoon's March 1, 2017,
15  trial calendar.  There'll be a criminal status conference
16  February 17, 2017, at 9:15 a.m.  All right.  We're in recess
17  as to that matter.
18        (WHEREUPON, this matter was concluded at 10:26 a.m.)
19                         *   *   *
20             CERTIFICATE OF REPORTER

21
    I certify that the foregoing is a correct transcript of the
22  record of proceedings in the above-entitled matter.

23
     /s/ Suzanne L. Trimble                       9/27/17
24   Suzanne L. Trimble, CCR, CRR, RPR             Date
     Official Court Reporter
25