```
1              UNITED STATES DISTRICT COURT
                MIDDLE DISTRICT OF FLORIDA
2                    ORLANDO DIVISION

3  - - - - - - - - - - - - - - - -X
    UNITED STATES OF AMERICA,     :
4                                 :
                                  :
5          Plaintiff,             : Case No.:
                                  : 6:16-cr-270-Orl-22DCI
6   vs.                           :
                                  :
7   JAMIE ESPOSITO,               : Orlando, Florida
                                  : March 28, 2017
8                                 : 10:02 a.m.
           Defendant.             :
9                                 :
                                  :
10                                :
   - - - - - - - - - - - - - - - -X
11
              TRANSCRIPT OF CHANGE OF PLEA
12       BEFORE THE HONORABLE DANIEL C. IRICK
              UNITED STATES MAGISTRATE JUDGE
13

14
   APPEARANCES:
15
     Counsel for Plaintiff:     Shawn Napier
16
     Counsel for Defendant:     Alisha Marie Scott (Nair)
17

18

19
   Proceedings recorded by digital recording.
20 Transcript produced by computer-aided transcription.

21
   Court Reporter:  Suzanne L. Trimble, CCR, CRR, RPR
22                  Federal Official Court Reporter
                    401 West Central Boulevard, Suite 4600
23                  Orlando, Florida 32801
                    e-mail: trimblecourtreporter@gmail.com
24

25
```

1             P R O C E E D I N G S
2             THE COURTROOM DEPUTY:  Case No.
3    6:16-cr-270-Orl-28DCI, United States of America v. Jamie
4    Esposito.
5             Counsel, please enter your appearances for the
6    record.
7             MR. NAPIER:  Good morning, Your Honor.  Shawn Napier
8    on behalf of the United States.
9             THE COURT:  Good morning.
10            MS. SCOTT:  Good morning, Your Honor.  Alisha Marie
11   Scott here on behalf of Mr. Esposito.
12            THE COURT:  Good morning.
13            All right.  Thank you all for coming.  My
14   understanding from the United States Marshal Service this
15   morning is that the defendant refused to leave his cell to
16   come to court today for the change of plea hearing.  I wanted
17   to put this on the record and make sure that everyone is aware
18   of that.
19            I'm not exactly sure how either side would like to
20   proceed or deal with this.  Ms. Scott, I'm not even sure if
21   you've talked with your client since this has happened.
22            MS. SCOTT:  I have not talked to him since this has
23   happened, Your Honor.  Only on a couple of occasions have I
24   actually had individuals refuse.  Sometimes it deals with
25   medicine.  When they take them out very early in the morning,

1 they don't give them their medicine.

2 On the other two occasions that it's happened, it
3 was transport through the county jail system, and the marshals
4 actually went out and transported them here.

5 So those are the only two experiences that I have
6 when someone who's actually refused, and we just had court
7 just later that day.

8 I've talked with the Government. They're available
9 today, with the exception of a 2:00 hearing. I have a court
10 appearance in front of you at 11. So I wouldn't be able to to
11 go out until after lunch, if I have to go to the jail.

12 THE COURT: Well, I'll tell you this: I'm not gonna
13 send the marshals out on a special trip to get him today
14 because he refused to come out.

15 That being said, I will reset this, if you would
16 like to proceed with it. I suggest you talk to your client
17 first and then let my courtroom deputy know, and we'll reset
18 it at a time that's mutually agreeable.

19 I would ask you guys confer. Make sure you're both
20 available and then one of you call my courtroom deputy and let
21 him know -- let her know what time you would like to begin.

22 Anything from the Government?

23 MR. NAPIER: No, Your Honor. I found out about this
24 about 9:30, 9:45 this morning. We are set for the trial
25 term -- an April trial term in front of Judge Antoon. You

1  know, just for the record, about 51 days of speedy trial time
2  has run as of March 31st, when the last waiver was good
3  through.  So I think we need to try to get this done this
4  week.
5         The defendant did sign a plea agreement on
6  March 1st.  He's been in a cooperative posture on the
7  occasions that I've met with him previously.  So I'm kind of
8  at a loss, as well as defense is, that we've, we've been
9  proceeding all along as if this was gonna be a plea.
10        So, obviously, we -- in talking with defense
11 counsel, I believe her investigator is on the way out to the
12 jail today to try to talk to him and find out what's going on,
13 but we would like to get this taken care of sooner rather than
14 later.
15        THE COURT:  Well, I'm here all week.  I mean, we'll
16 set it tomorrow.  I just want to make sure he's transported
17 over here in the normal course.
18        Just, like I said, confer, talk to your client, make
19 sure he still wants to plea.  If so, let my courtroom deputy
20 know, and we'll set it for tomorrow.
21        MR. NAPIER:  Thank you, Your Honor.
22        THE COURT:  Thank you.  We're at recess.
23     (WHEREUPON, this matter was concluded at 10:05 a.m.)
24
25                          *  *  *

*5*

## CERTIFICATE OF REPORTER

I certify that the foregoing is a correct transcript of the record of proceedings in the above-entitled matter.

```
 /s/ Suzanne L. Trimble                    9/27/17
Suzanne L. Trimble, CCR, CRR, RPR            Date
Official Court Reporter
```