UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

v.                                    CASE NO. 6:16-cr-270-Orl-28DCI

**JAMIE P. ESPOSITO**

### RESTITUTION STIPULATION OF THE PARTIES

The United States of America, by W. Stephen Muldrow, Acting United States Attorney for the Middle District of Florida, and the defendant, by his undersigned counsel, hereby enter into the following stipulation as to the final restitution amount owed to the victim in this case.

The above parties agree that the jointly agreed restitution due to the victim is as follows:   S.E. $98,632.

Thus, the parties hereby request that the Court issue an Order requiring that the defendant make full and complete restitution to the victim in this case in the total amount of $98,632, as detailed above.

This is one of several restitution requests the United States has received. However, all of the other parties seeking restitution have agreed to waive their claim for restitution.

Therefore, this is the only restitution request that the United States will seek with regard to this case.

So stipulated and agreed this 20 day of November, 2017.

Respectfully submitted,

| | |
|---|---|
| DONNA LEE ELM<br>FEDERAL DEFENDER | W. STEPHEN MULDROW<br>Acting United States Attorney |
| /s/ A.M. Nair<br>Alisha Marie S. Nair<br>Assistant Federal Defender<br>Georgia Bar No. 806033<br>201 S. Orange Ave,<br>Suite 300<br>Orlando, Florida 32801<br>Telephone: (407) 648-6338<br>Facsimile: (407) 648-6095<br>E-mail: alisha_marie_nair@fd.org | /s/ Shawn P. Napier<br>Shawn P. Napier<br>Assistant United States Attorney<br>USA No. 132<br>400 West Washington Street<br>Suite 3100<br>Orlando, Florida 32801<br>Telephone:  (407) 648-7500<br>Facsimile:   (407) 648-7643<br>E-mail: shawn.napier@usdoj.gov |