UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                       CASE NO. 6:16-cr-270-ORL-28DCI

JAMIE P. ESPOSITO

## RESTITUTION ORDER

Pursuant to Title 18, United States Code, Sections 3663A and 3664, the defendant JAMIE P. ESPOSITO is ordered to make full and complete restitution to the victim in this case in the following amounts: S.E. $98,632. Accordingly, it is hereby ORDERED, ADJUDGED, and DECREED that the total amount of restitution ordered to be paid by the defendant to the victim in this case are $98,632, as specifically delineated above.

**DONE** and **ORDERED** in Orlando, Florida on this 27 day of November, 2017.

John Antoon, II
Senior United States District Judge