UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

v.   Case No. 6:16-cr-270-Orl-28DCI
(Forfeiture)

**JAMIE P. ESPOSITO**

## FINAL JUDGMENT OF FORFEITURE

THIS CAUSE comes before the Court upon the United States' Motion for a Final Judgment of Forfeiture, (Doc. No. 88, filed January 19, 2018) pursuant to 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, for a Samsung Galaxy S5 cellphone.

On August 18, 2017, the Court entered a Preliminary Order of Forfeiture for the cellular phone, pursuant to 18 U.S.C. § 2253. (Doc. No. 37).

The Court finds that in accordance with 21 U.S.C. § 853(n) and Rule 32.2(b)(6)(C), the United States published notice of the forfeiture and of its intent to dispose of the cellular phone on the official government website, www.forfeiture.gov, from August 22, 2017 through September 20, 2017. (Doc. No. 61). The publication gave notice to all third parties with a legal interest in the cellular phone to file with the Office of the Clerk, United States District Court, Middle District of Florida, 401 W. Central Blvd., Suite 1200, Orlando, Florida 32801-0120, a petition to adjudicate their interests within 60 days of the first date of publication. No third party is known by the United States to have an interest

in the asset. No third party has filed a petition or claimed an interest in the asset, and the time for filing such petition has expired.

Accordingly, it is hereby:

**ORDERED, ADJUDGED,** and **DECREED** that for good cause shown, the United States' motion (Doc. No. 88) is **GRANTED**.

It is **FURTHER ORDERED** that pursuant to 21 U.S.C. § 853(n)(7) and Federal Rule of Criminal Procedure 32.2(c)(2), all right, title and interest in the cellular phone is **CONDEMNED** and **FORFEITED** to the United States for disposition according to law.

Clear title to the cellular phone is now vested in the United States of America.

DONE and ORDERED in Orlando, Florida, this __22__ day of __January__ 2018.

JOHN ANTOON II
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record